UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

In the Matter of:                                  Chapter 11
PENLAND HEATING AND AIR             Case No.: 20-01795-5-DMW
CONDITIONING, INC.
      Debtor

## SECTION 1188(c) STATUS CONFERENCE REPORT

The above-captioned debtor ("Debtor") has/have elected to file this case under subchapter V of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code.

1. <u>Type of Plan of Reorganization</u>. The Debtor intends to pursue the following type of plan of reorganization in this case:

| X | Consensual |  | Nonconsensual |  | Undetermined |
|---|---|---|---|---|---|

2. <u>Reasons for Type of Plan of Reorganization</u>.

**The Debtor intends to file a liquidating plan. All jobs in progress will be completed and, following completion, assets will be sold and proceeds will be distributed pursuant to the Bankruptcy Code.**

3. <u>Communications with Parties in Interest</u>. The Debtor has had discussions with the following parties in interest concerning Debtor's plan of reorganization. If no discussions, explain the Debtor's rationale for not discussing the plan with parties in interest:

**Debtor has not had discussions with parties-in-interest. As of the date of filing this report only one creditor has appeared in the case and the Debtor intends to file a liquidating plan.**

4. <u>Efforts to Formulate Plan of Reorganization</u>.

**Debtor is winding business down and exploring efforts to sell assets.**

5. <u>Timing for Filing Plan of Reorganization.</u> Does Debtor intend to file a plan of reorganization within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code?

| X | Yes |  | No |
|---|---|---|---|

6.      Additional Information.

**n/a**

This the 27th day of May, 2020.

                                              Penland Heating and Air Conditioning, Inc.

                                              By:  s/Jarrod Penland
                                                  Jarrod Penland, President

                                                  s/Clayton W. Cheek
                                                 CLAYTON W. CHEEK
                                                 N.C. State Bar No. 30590
                                                 THE LAW OFFICES OF
                                                 OLIVER & CHEEK, PLLC
                                                 PO Box 1548
                                                 New Bern, NC 28563
                                                 252-633-1930
                                                 252-633-1950 (fax)
                                                 Email:  clayton@olivercheek.com
                                                 *Attorneys for Debtor*

## **CERTIFICATE OF SERVICE**

I, Clayton W. Cheek, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 27th day of May, 2020, I served copies of the foregoing Section 1188(c) Status Conference Report on the parties listed below via CM/ECF or via U.S. Mail, First Class, postage prepaid, as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

This the 27th day of May, 2020.

                    s/Clayton W. Cheek
                    CLAYTON W. CHEEK
                    N.C. State Bar No. 30590
                    THE LAW OFFICES OF
                    OLIVER & CHEEK, PLLC
                    PO Box 1548
                    New Bern, NC 28563
                    252-633-1930
                    252-633-1950 (fax)
                    Email: clayton@olivercheek.com
                    *Attorney for Debtor*

cc:
Bankruptcy Administrator              (via CM/ECF)

John G. Rhyne, Esq.                (via CM/ECF)
*Subchapter V Trustee*

Penland Heating and Air Conditioning, Inc.  (via U.S. Mail)
PO Box 1356
Hillsborough, NC 27278
*Debtor*