**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **PENLAND HEATING AND AIR CONDITIONING, INC.** | CASE NO: **20-01795-5-DMW** |
| DEBTOR(S) | ☐ Check if this is an amended filing |

# CHAPTER 11 POST-CONFIRMATION REPORT
# PURSUANT TO THE ORDER CONFIRMING PLAN

**REPORTING PERIOD COVERED:** 1/1/2023-3/31/2023

**DATE PLAN CONFIRMED:** September 11, 2020

**EFFECTIVE DATE OF PLAN:** September 25, 2020

**ESTIMATED CLOSING DATE:** unknown

---

I/We declare under penalty of perjury that the information contained in this report is true and correct to the best of my/our knowledge and belief.

| **DEBTOR:** | **JOINT DEBTOR:** |
|---|---|
| Printed Name: **Jarrod Penland** | Printed Name: |
| Date: **05/02/2023** | Date: |
| Signature: *jarrod penland* | Signature: |

Title (for Corporate Debtor): **President**

---

I have read the information in this report and the information contained herein is true and correct to the best of my knowledge and belief:

**ATTORNEY FOR THE DEBTOR(S):**

Printed Name: **Clayton W. Cheek**    Date: 5/2/23

Signature: [signature]

---

*Penalty for making a false statement or filing a false report: Fine of up to $500,000.00 or imprisonment for up to 5 years or both.   18 U.S.C. §§ 152 and 3571*

*Revised December 2017*

# PAYMENTS TO CREDITORS

Class 1 – (Creditor(s) in this Class: **Administrative Claims**_____)

(a) Date payments commence to this Class: **October 2020**
(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation
(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other
(d) Total amount required to be paid this Quarter: **$ 0.00**
(e) Total amount paid this Quarter: **$ 0.00**
(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No
(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 2 – (Creditor(s) in this Class: **Ad Valorem Taxes**_____)

(a) Date payments commence to this Class: **After Liquidation**
(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation
(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other
(d) Total amount required to be paid this Quarter: **$ 0.00**
(e) Total amount paid this Quarter: **$ 0.00**
(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No
(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

*Revised December 2017*

Class 3 – (Creditor(s) in this Class: **Tax Claims**_____)

(a) Date payments commence to this Class: **After Liquidation**
(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation
(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☑ Other
(d) Total amount required to be paid this Quarter: **$ 0.00**
(e) Total amount paid this Quarter: **$ 0.00**
(f) Is the Debtor in compliance with the Plan with regards to this Class? ☑ Yes ☐ No
(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 4 – (Creditor(s) in this Class: **Branch Banking & Trust now Truist**_____)

(a) Date payments commence to this Class: **n/a**
(b) No payments due (if applicable): ☐ Paid in Full, ☑ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation
(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other
(d) Total amount required to be paid this Quarter: _____
(e) Total amount paid this Quarter: _____
(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☐ No
(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

*Revised December 2017*

Class 5 – (Creditor(s) in this Class: **Nissan Motor Acceptance**                            )

(a) Date payments commence to this Class: **After Liquidation**

(b) No payments due (if applicable): [✓] Paid in Full, [ ] Collateral Sold/Surrendered, [ ] Unsecured Creditor Treatment, [ ] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [✓] Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? [✓] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

Class 6 – (Creditor(s) in this Class: **General Unsecured Creditors**                            )

(a) Date payments commence to this Class: **After Liquidation**

(b) No payments due (if applicable): [ ] Paid in Full, [ ] Collateral Sold/Surrendered, [ ] Unsecured Creditor Treatment, [ ] No Claim Owed, [ ] Third Party Obligation

(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [✓] Other

(d) Total amount required to be paid this Quarter: **$ 0.00**

(e) Total amount paid this Quarter: **$ 0.00**

(f) Is the Debtor in compliance with the Plan with regards to this Class? [✓] Yes [ ] No

(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

*Revised December 2017*

Class 7 – (Creditor(s) in this Class: **Executory Contracts & Unexpired Lease**)

(a) Date payments commence to this Class: **n/a** _____

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☑ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

_____

Class 8 – (Creditor(s) in this Class: _____)

(a) Date payments commence to this Class: _____

(b) No payments due (if applicable): ☐ Paid in Full, ☐ Collateral Sold/Surrendered, ☐ Unsecured Creditor Treatment, ☐ No Claim Owed, ☐ Third Party Obligation

(c) Payments are ☐ Monthly, ☐ Quarterly, ☐ Bi-Annually, ☐ Annually, ☐ Other

(d) Total amount required to be paid this Quarter: _____

(e) Total amount paid this Quarter: _____

(f) Is the Debtor in compliance with the Plan with regards to this Class? ☐ Yes ☐ No

(g) If the Debtor has not made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

_____

*Revised December 2017*

# PAYMENTS TO NON-CLASSIFIED CLAIMS

[✓] Check if this form is not applicable to the Debtor(s)

A.) Name of Claimants: _____

(a) Date payments commence to these creditors: _____
(b) No payments due (if applicable): [ ] Paid in Full, [ ] No Claim Owed
(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other
(d) Total amount required to be paid this Quarter: _____
(e) Total amount paid this Quarter: _____
(f) Is the Debtor in compliance with the Plan with regards to these creditors? [ ] Yes [ ] No
(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

[ ]

B.) Name of Claimants: _____

(a) Date payments commence to these creditors: _____
(b) No payments due (if applicable): [ ] Paid in Full, [ ] No Claim Owed
(c) Payments are [ ] Monthly, [ ] Quarterly, [ ] Bi-Annually, [ ] Annually, [ ] Other
(d) Total amount required to be paid this Quarter: _____
(e) Total amount paid this Quarter: _____
(f) Is the Debtor in compliance with the Plan with regards to these creditors? [ ] Yes [ ] No
(g) If the Debtor has <u>not</u> made all required payments, please provide specific details regarding the number of payments missed and when the Debtor intends to bring the payments current:

[ ]

*Revised December 2017*

## PROPERTY SALE REPORT

(a) Does the Plan propose the sale or transfer of property?  [✓] Yes  [ ] No

(b) If Yes, please complete the following chart:

| Description of Property | Date Property Must be Sold | Date Property Sold |
|---|---|---|
| 2015 Nissan NV200 | 2/22/2021 | 2/12/2021 |
| 2001 Kaufman B Trailer | 2/22/2021 | 1/12/2021 |
| 2008 Pace Trailer | 2/22/2021 | 5/5/2021* |
| Tools | 2/22/2021 | 5/5/2021 |
|  |  |  |
|  |  |  |

(c) If the Debtor sold property during the quarter, please complete the following chart:

| Description of Property Sold | Date Property Sold | Gross Sale Proceeds | Net Sale Proceeds Paid to Debtor |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*Sale not final. See Matters Pending below.

*Revised December 2017*

## PAYMENTS TO PROFESSIONALS

Please list any and all payments made to any and all professionals (e.g., attorney, accountant, realtor, etc.) during the reporting period, not otherwise disclosed in this report.

| Name of Professional | Date Payment Made | Amount Paid to Professional |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## MATTERS PENDING

What other specific matters does the Court need to resolve prior to closing the case (e.g., adversary proceedings, claim disputes, filing fee applications, etc.)? Please indicate the nature of each matter, and an estimated time frame that these matters will be resolved:

**Final distribution of funds.**

*Revised December 2017*

# CHAPTER 11 QUARTERLY FEES

***DISBURSEMENTS INCLUDE***: Sum total of all disbursements from all of the Debtor's bank accounts – **and** – payments made on behalf of the Debtor. Disbursements do not include transfers between the Debtor's accounts. Quarterly fees are not prorated.

**Calculating the Fee:** Use the table on the following page to compute the Amount of Fee Due for each quarter. Payment of quarterly fees should be submitted to Debtor's attorney, and then Debtor's attorney should submit the payment through **www.pay.gov**.

## 1st Quarter:

|  | Disbursements made by Debtor |  | Disbursements made on behalf of Debtor |
|---|---|---|---|
| Disbursements for January: | _____ | + | _____ |
| Disbursements for February: | _____ | + | _____ |
| Disbursements for March: | _____ | + | _____ |
| TOTAL: | $ 0.00 | + | $ 0.00 |

**TOTAL DISBURSEMENTS:** $ 0.00

**Amount of Fee Due:** $ 0.00

**Amount of Fee Paid:** $ 0.00

*Revised December 2017*

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0 to $62,624 | $250 |
| $62,625 to $999,999 | 0.4% of quarterly disbursements |
| $1,000,000 to $31,249,937 | 0.8% of quarterly disbursements |
| $31,249,938 or more | $250,000 |