# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### NEW BERN DIVISION

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| PENLAND HEATING AND AIR CONDITIONING, INC. | Case No.: 20-01795-5-DMW |
|     Debtor | |

## CHAPTER 11 MOTION FOR FINAL DECREE

The undersigned attorney reports to the Court that:

1. The Debtor has completed liquidation of all its personal property as directed under the Plan;

2. The proceeds from the liquidation have been distributed pursuant to the Order Confirming Plan [Doc. No. 85], Order Approving Report of Sale and Application to Pay Auctioneer's Commissions and Expenses [Doc. No. 154], and Order Authorizing Distribution of Funds [Doc. No. 157]; and,

3. The Notice of Substantial Consummation and the Final Report have been filed simultaneously herewith.

The Debtor requests the Court to enter a Final Decree in this case and discharge the Trustee.

This the 11th day of May, 2023.

                                                                s/Clayton W. Cheek
                                                                CLAYTON W. CHEEK
                                                                N.C. State Bar #30590
                                                                THE LAW OFFICES OF
                                                                OLIVER & CHEEK, PLLC
                                                                PO Box 1548
                                                                New Bern, NC  28563
                                                                (252) 633-1930
                                                                (252) 633-1950 (fax)
                                                                Email:  clayton@olivercheek.com
                                                                *Attorney for Debtor*

cc:
Bankruptcy Administrator                            (via CM/ECF)

John G. Rhyne, Esq.                                (via CM/ECF)
*Subchapter V Trustee*

Penland Heating & Air Conditioning, Inc.    (via U.S. Mail)
209 Shearwater Lane
Beaufort, NC 28516
*Debtor*