**VAN–177** Final Decree Subchapter V – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Penland Heating and Air Conditioning, Inc.
209 Shearwater Lane
Beaufort, NC 28516

TaxID: 56–1505899

CASE NO.: 20–01795–5–DMW

DATE FILED: May 1, 2020

CHAPTER: 11

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED:

That the chapter 11 case of the above named debtor(s) is closed.

DATED: May 31, 2023

                                              David M. Warren
                                              United States Bankruptcy Judge